# EXHIBIT A



U.S. Department of Justice

*Rachael S. Rollins*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*    John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

March 18, 2022

**VIA EMAIL**

Howard M. Cooper
Michael R. DiStefano
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02109

    Re:    *United States v. Hassan Abbas*, Criminal No. 20-cr-10016-LTS
            Expert and Non-Expert Disclosures

Dear Counsel:

    We write to inform you that the government anticipates calling Professor Samuel Manella, of DePaul University, and Special Agent Andrea Sciolino, of the Federal Bureau of Investigation (FBI), as part of its case-in-chief.

    The government anticipates that the expected testimony of Professor Manella may constitute expert opinion testimony within the meaning of Federal Rule of Evidence 702. The government hereby provides notice of his qualifications and a summary of his expected testimony. It is the government's position that the anticipated testimony of Agent Sciolino is properly characterized as admissible opinion testimony of routine fact and/or lay witnesses, pursuant to Federal Rule of Evidence 701. In an abundance of caution, however, we are providing you a summary of the qualifications and anticipated testimony of Agent Sciolino in order to avoid any surprise or confusion.

    **I.**    **Professor Manella**

    A.    Witness Qualifications

    Professor Manella teaches graduate and undergraduate courses in business law and ethics as a clinical professor at DePaul University. From 1985 to 1991, he was counsel to the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois ("ARDC"), the administrative body responsible for investigating and prosecuting attorney disciplinary cases in Illinois. In that role, Professor Manella investigated and prosecuted allegations of

professional misconduct against lawyers before various boards and the Illinois Supreme Court. In private practice since 1991, Professor Manella has represented attorneys in professional responsibility and disciplinary proceedings before the ARDC and the Supreme Court of Illinois. He also has provided expert opinions and testimony in matters involving attorney ethics, including at trial. Professor Manella regularly presents on professional responsibility and attorney disciplinary issues before legal professional organizations. He holds a Bachelor of Science in Finance from the Dreihaus College of Business at DePaul University and a Juris Doctor from DePaul College of Law. Professor Manella's current resume is enclosed with this letter.

      B.      Summary Testimony

The government anticipates calling Professor Manella to testify about rules governing the practice of law in Illinois. He will describe requirements with respect to an attorney's holding of client funds, including, but not limited to, those under Rule 1.15 of the Illinois Rules of Professional Conduct ("Safekeeping Property"). He also will explain rules prohibiting a lawyer from assisting a client in conduct the lawyer knows or should reasonably know to be criminal or fraudulent, including, but not limited to, those under Rule 1.2 ("Scope of Representation and Allocation of Authority between Client and Lawyer"), Rule 1.4 ("Communication"), Rule 1.16 ("Declining or Terminating Representation"), and Rule 4.1 ("Truthfulness in Statements to Others").

## II.      Agent Sciolino

      A.      Witness Qualifications

Agent Sciolino has been a Special Agent assigned to the FBI's Boston Field Office since 2017. She investigates economic crimes, including, but not limited to, wire fraud, bank fraud, money laundering, business email compromise ("BEC") and "romance" scams, and other financial crimes. Agent Sciolino holds an undergraduate degree and a Master's degree in Accounting from Florida State University.

      B.      Summary Testimony

As part of her testimony, the government anticipates that Agent Sciolino may explain BEC schemes and common techniques used to implement such schemes, including the use of spoofed email addresses. Likewise, she may explain romance scams and common tactics used to carry out such scams, including the use of fake online identities. The government also anticipates that Agent Sciolino may testify about the structure of such schemes and the roles played by various individuals involved in such schemes. Agent Sciolino may also testify about common techniques and methods of laundering the proceeds from such unlawful schemes. Specifically, she may testify about the use of shell corporations and other techniques employed by money launderers.

                Respectfully,

                RACHAEL S. ROLLINS
                United States Attorney

                */s/ Mackenzie A. Queenin*
                MACKENZIE A. QUEENIN
                DAVID M. HOLCOMB
                Assistant United States Attorneys
                District of Massachusetts

Enclosure